Decided September 4, 2003

STATE OF CONNECTICUT *v.* CYRUS GRIFFIN

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 424 (AC 23271), is granted, limited to the following issue:

"Whether the Appellate Court properly determined: (a) that a *State* v. *Porter,* 241 Conn. 57, 698 A.2d 739 (1997), cert. denied, 523 U.S. 1058, 118 S. Ct. 1384, 140 L. Ed. 2d 645 (1998), hearing was required; and (b) that its application properly resulted in the exclusion of Dr. Madelon Baranoski's testimony?"

The Supreme Court docket number is SC 17052.

*Moira L. Buckley,* deputy assistant public defender, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided September 4, 2003